QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN ANTHONY NASH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-04-0076 WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER** |
| BRYAN ANTHONY NASH, ) | |
| Defendant. ) | |

      Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Bryan Anthony Nash, by his counsel Federal Defender Quin Denvir, hereby stipulate and agree that the non-evidentiary hearing calendared for May 18, 2005 at 9:00 a.m. should be continued to Wednesday, July 13, 2005 at 9:00 a.m.  The parties have reached a resolution whereby Mr. Nash will plead guilty to a misdemeanor in state court and, after he has been sentenced on that charge, the government will dismiss the indictment herein.  The parties require additional time to accomplish this, which will moot the pending motion.

1

1  The parties further stipulate and agree that time should be
2  excluded through July 13, 2005 under 18 U.S.C. §3161(h)(1)(F) due to
3  the pending motion.

4                                    Respectfully submitted,

6  DATED: May 11, 2005              /s/ Quin Denvir
                                    QUIN DENVIR
7                                   Federal Defender

8                                   Attorney for Defendant
                                    Bryan Anthony Nash

10                                  MCGREGOR SCOTT
                                    United States Attorney

12 DATED: May 11, 2005              /s/ Quin Denvir
                                    Telephonically authorized to sign for
13                                  MATTHEW STEGMAN
                                    Assistant U. S. Attorney

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

20 DATED: May 11, 2005

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Stip/Proposed Order
U.S. v. Bryan Nash
CR S-04-0076 WBS                 2