1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   BRYAN ANTHONY NASH

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )   CR S-04-0076 WBS
                                )
13             Plaintiff,       )
                                )
14      v.                      )   **STIPULATION AND [PROPOSED]**
                                )   **ORDER**
15 BRYAN ANTHONY NASH,          )
                                )
16             Defendant.       )
   _____)
17
            Plaintiff United States of America, by its counsel,
18
   Assistant United States Attorney Matthew Stegman, and defendant Bryan
19
   Anthony Nash, by his counsel Federal Defender Quin Denvir, hereby
20
   stipulate and agree that the non-evidentiary hearing calendared for
21
   July 13, 2005 at 9:00 a.m. should be continued to Wednesday, August
22
   24, 2005 at 9:00 a.m.  The parties have reached a resolution whereby
23
   Mr. Nash plead guilty to a misdemeanor in state court on June 29, 2005
24
   and will be sentenced on that charge on August 10, 2005.  After he has
25
   been sentenced the government will dismiss the indictment herein.  The
26
   parties require additional time to accomplish this, which will moot
27
   the pending motion.
28

                                     1

1  The parties further stipulate and agree that time should be
2  excluded through August 24, 2005 under 18 U.S.C. §3161(h)(1)(F) due to
3  the pending motion.

4                                  Respectfully submitted,

6  DATED: June 29, 2005            /s/ Quin Denvir
7                                  QUIN DENVIR
                                   Federal Defender

8                                  Attorney for Defendant
                                   Bryan Anthony Nash

10                                 MCGREGOR SCOTT
                                   United States Attorney

12 DATED: June 29, 2005            /s/ Quin Denvir
                                   Telephonically authorized to sign for
13                                 MATTHEW STEGMAN
                                   Assistant U. S. Attorney

**O R D E R**

18 **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

20 DATED: June 30, 2005

                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

Stip/Proposed Order
U.S. v. Bryan Nash
CR S-04-0076 WBS                   2