1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )  CR. NO. S-04-0076-WBS
12            Plaintiff,        )
                                )  MOTION TO DISMISS
13      v.                      )  INDICTMENT; [PROPOSED] ORDER
                                )
14 BRYAN ANTHONY NASH           )
                                )
15            Defendant.        )
   _____)
16

17         Plaintiff United States of America, by and through its

18 undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P.,

19 submits this motion to dismiss without prejudice the indictment

20 filed in this case against BRYAN ANTHONY NASH on March 4, 2003.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                1

The defendant was charged by the State of California with possession of child pornography, a violation of California Penal Code section 311.11. The defendant has since pleaded guilty to possession of child pornography and was sentenced in Solano County Superior Court on August 10, 2005.

DATED: August 16, 2005
Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

Order

The indictment against BRYAN ANTHONY NASH in this case, filed March 4, 2003, is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 17, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE